# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID SHARPE AND CAROL SHARPE,

    Plaintiff,

v.

WHIDBEY ISLAND PUBLIC HEALTH DISTRICT,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   2:21-CV-99-DWC

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Defendant's Motion for Summary Judgment (Dkt. 9) is GRANTED. Defendant's Motion for Sanctions (Dkt. 15) is also GRANTED and Plaintiff's counsel is directed to pay Defendant's counsel $750 within 60 days of today's date. Defendant's Cross-Motion for Sanctions (Dkt. 17) is DENIED with prejudice.

    Dated this 25th day of May, 2021.

WILLIAM M. MCCOOL
Clerk

s/Dara Kaleel
Deputy Clerk